

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-14,395-06

### EX PARTE RUDY RIOS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1982CR1778B-W6 IN THE 144TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of murder and sentenced to life imprisonment. The Second Court of Appeals affirmed his conviction. *Rios v. State*, 661 S.W.2d 775 (Tex. App. – Fort Worth Dec. 7, 1983). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In his first ground for review in this application, Applicant alleges that the Board of Pardons and Paroles abused its discretion by denying Applicant's request for an extension of time to file his request to reopen parole revocation proceedings. In his second ground, Applicant requests a transcript of his parole revocation proceedings.

This Court has reviewed Applicant's first ground for review, and has determined that it does

not entitle him to relief by way of habeas corpus. Therefore, it is denied. Applicant's second ground was raised and rejected in his previous habeas application, and is therefore dismissed. TEX. CODE CRIM. PROC. art. 11.07 § 4.

Filed: March 11, 2020
Do not publish